IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:13CR437 |
| | ) | |
| v. | ) | |
| | ) | |
| DIANA STENSON, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion to restrict (Filing No. 36). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion to restrict is granted; defendant's motion to reconsider detention shall be restricted, pending further order of the Court.

DATED this 5th day of February, 2014.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court