IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )          8:13CR437
                               )
      v.                       )
                               )
DIANA STENSON,                 )          ORDER
                               )
            Defendant.         )
_____)
```

This matter is before the Court on defendant's motion to extend sentencing schedule and hearing(Filing No. 63). The Court notes plaintiff has no objection to the extension. Accordingly,

IT IS ORDERED:

1) Defendant shall have until August 11, 2014, to file sentencing motions.

2) Sentencing in this matter is rescheduled for:

**Thursday, September 4, 2014, at 10:30 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska, or as soon thereafter as may be called by the Court.

DATED this 29th day of July, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court