IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:13CR437 |
| | ) | |
| v. | ) | |
| | ) | |
| DIANA STENSON, | ) | ORDER |
| DAVID GARCIA, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on plaintiff's motion to dismiss forfeiture allegation (Filing No. 80). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that plaintiff's motion is granted. The forfeiture allegation of the indictment is dismissed.

DATED this 10th day of October, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court