IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:13CR437 |
| | ) | |
| v. | ) | |
| | ) | |
| DIANA STENSON, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on defendant's motion to extend self-surrender date (Filing No. 85). The Court notes plaintiff has no objections, and the motion will be granted. Accordingly,

IT IS ORDERED that defendant's motion is granted; defendant shall have until 2 p.m. on February 9, 2015, to self-surrender to FCI Waseca for commencement of her sentence.

DATED this 6th day of January, 2015.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court